IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| YVONNE HALL, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-28 |
| | § | |
| THE KROGER CO. and KROGER TEXAS, L.P., | § | |
|     Defendants. | § | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant The Kroger Co., erroneously named herein, and Defendant Kroger Texas L.P. (hereafter "Defendants"), in the cause styled "*Yvonne Hall v The Kroger Co. and Kroger Texas, L.P.*" originally pending as Cause No.348-330870-21 in the 348th Judicial District Court of Tarrant County, Texas, file this Notice of Removal of the cause to the United States District Court for the Northern District of Texas, Fort Worth Division.

## I.
## BASIS FOR REMOVAL

The basis of the removal of this action is diversity jurisdiction under 28 U.S.C. § 1332. Diversity jurisdiction exists in this case because there is complete diversity of citizenship between the parties, Defendants are not citizens of the State of Texas, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.[1]

---

[1] *See* 28 U.S.C. § 1332 (2012).

## II.
## DIVERSITY JURISDICTION

Plaintiff, at the time of the initial filing of this action and at the current time of the removal of this action, was and is a citizen, resident, and domiciliary of the State of Texas.

Defendant Kroger Co., erroneously named herein, and Defendant Kroger Texas L.P. (hereafter "Defendants"), at the time of the initial filing of this action and at the time of the removal of this action, were and are corporations and/or limited partnerships formed under the laws of Ohio. The general partner of Kroger Texas, L.P. is KRGP Inc., an Ohio corporation with its principal place of business in Ohio. The only limited partner is KRLP Inc., an Ohio corporation with its principal place of business in Ohio. Neither KRGP Inc. nor KRLP Inc., the only two partners of Kroger Texas, L.P., have ever been a resident of, incorporated in, or had their principal place(s) of business in the State of Texas.

Defendant The Kroger Co., erroneously named herein, is an Ohio Corporation with its principal place of business in Ohio.  It has never been a resident of, incorporated in, or had its principal place of business in the State of Texas.

## III.
## FACTUAL BACKGROUND

Plaintiff claims that, on or about June 5, 2020, she slipped and fell on beans on the floor of a Kroger store.  Plaintiff contends Defendants' employees were cleaning and discarding the beans in a haphazard fashion at the Kroger store. Plaintiff filed suit on December 13, 2021, in the 348th Judicial District Court of Tarrant County, Texas, alleging a negligence cause of action against Defendant.

## IV.
## THE AMOUNT IN CONTROVERSY

Plaintiff judicially admits in her Original Petition that she is seeking damages of more than $200,000.00 but less than $1,000,000.00.[2] Plaintiff seeks damages for past and future medical expenses, past and future physical pain and suffering, past and future mental anguish, loss of earning capacity and past loss of earnings.[3] As a result, the amount in controversy in this case exceeds $75,000.00, exclusive of interest and costs, and this case is removable.[4]

## V.
## REMOVAL IS TIMELY

This removal is timely because it is filed "within thirty days after receipt, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained the case is one which is or has just become removable."[5] Defendants first became aware this case was removable on or about December 17, 2021, when Defendants were served with Plaintiff's Original Petition. Accordingly, this removal is timely because it is made within thirty days after the receipt by Defendants of the document that first demonstrated the case was removable. Moreover, less than one year has passed since the commencement of the action in state court on December 13, 2021.[6]

---

[2] See Plaintiff's Original Petition, at p. 1, § I., ¶ 2.1.

[3] Id. at p. 4, § VI., ¶ 6.1.

[4] See S.W.S. Erectors, Inc. v. Infax, Inc., 72 F.3d 489, 492 (5th Cir. 1996); see also Laughlin v. Kmart Corp., 50 S.W.3d 871, 873 (10th Cir. 1995) (amount in controversy is ordinarily determined by allegations in complaint).

[5] 28 U.S.C. § 1446(b).

[6] See id.

## VI.
## VENUE

Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the county in which the removed action has been pending.

## VII.
## PROCEDURAL REQUIREMENTS

Defendants filed with the Clerk of the 348th Judicial District Court of Tarrant County, Texas a Notice of Filing Notice of Removal to Federal Court simultaneously with the filing of this Notice of Removal.

Pursuant to Local Rule 81.1, the following documents are attached hereto for the Court's reference:

(1)   State court docket sheet (as of January 13, 2022);

(2)   Plaintiff's Original Petition (filed December 13, 2021) with Service of Citation; and

(3)   Defendants' Original Answer (filed January 6, 2022).

Also, in compliance with Local Rule 81.1, Defendant has filed the following documents with the Notice:

- Civil Cover Sheet
- Supplemental Civil Cover Sheet
- Certificate of Interested Persons

**WHEREFORE, PREMISES CONSIDERED,** Defendants respectfully pray that this case be removed to the United States District Court for the Northern District of Texas, Fort Worth Division.

Respectfully submitted,

/s/ B. Kyle Briscoe

**B. Kyle Briscoe**
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Christopher M. Blanton**
State Bar No. 00796218
cblanton@peavlerbriscoe.com
PEAVLER|BRISCOE
2215 Westgate Plaza
Grapevine, Texas 76051
(214) 999-0550 (telephone)
(214) 999-0551 (facsimile)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to, and in accordance with, the Federal Rules of Civil Procedure on January 13, 2022.

/s/ B. Kyle Briscoe
**B. Kyle Briscoe**