UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

YVONNE HALL,

   Plaintiff,

v.                                              No. 4:22-cv-0028-P

THE KROGER CO. ET AL.,

   Defendants.

### FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing this case (ECF No. 6),

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without PREJUDICE**.

The Clerk shall transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **31st day** of **January, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE